## Vernon B. Smith, Appellee, v. Civil Service Commission of City of Chicago, Appellants.

Gen. No. 45,307.

John J. Mortimer, Acting Corporation Counsel of City of Chicago, for appellants; L. Louis Karton, Head of Appeals and Review Division, and John J. Steffens, Assistant Corporation Counsel; Claude W. B. Holman, William P. Rhetta, Jr., and Ellis & Westbrooks, for appellee; Claude W. B. Holman, of counsel.

Opinion by JUSTICE TUOHY. Not to be published in full. Opinion filed April 9, 1951; released for publication May 7, 1951.